IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, <br><br> v. <br><br> RAI CONCRETE, INC., AN ILLINOIS CORPORATION, <br><br> Defendant. | No. 11 C 5389 <br><br> Judge Gottschall <br><br> Magistrate Judge Gilbert |

## MOTION FOR ORDER OF DEFAULT AND JUDGMENT IN SUM CERTAIN

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD AND KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability and Judgment in favor of Plaintiffs and against Defendant, RAI CONCRETE, INC.

In support thereof, Plaintiffs state:

1. This case was filed on August 10, 2011.

2. Defendant was served with Summons and Complaint on September 22, 2011.

3. In excess of 21 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

4. Per the affidavit of Richard Wolf, Defendant owes Cement Masons Local 502 for the audit period January 1, 2010 through September 30, 2011 for $23,166.17 benefits, $3,474.92 prior liquidated damages, $2,189.77 liquidated damages and $585.00 audit costs for a total amount due of $29,415.86. (Exhibit A)

5. Per the affidavit of Donald Schwartz, attorney for Plaintiffs in legal fees and

expenses $1,300.00 has been incurred in this suit. (Exhibit B)

    **WHEREFORE**, Plaintiffs pray for:

1.     An Order of Default against the Defendant.

2.     Judgment be rendered in the amount of $30,715.86 for the Trustees of the Cement Masons Pension Fund Local 502, et. al.

                              Respectfully submitted,

                              **TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502, et. al.**

                              By: s/ Donald D. Schwartz
                                  One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
203 N. LaSalle St., Suite 1650
Chicago, Illinois 60601
(312) 236-0415